JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HANDFORD, | ) Case No. ED CV 12-1217 CAS (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| TIM VIRGA, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: February 22, 2013

*/s/ Christina A. Snyder*

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE